1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FELISES BURTON, | ) | 2:09-CV-00074-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PREFERRED PROPERTIES, et al., | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is Plaintiff Burton's Application to Proceed *In Forma Pauperis* and a Complaint (Doc. #2), filed on January 12, 2009.   On December 15, 2009, the Honorable Lawrence R. Leavitt United States Magistrate Judge, entered a Report and Recommendation (Doc. #3) recommending that Plaintiff's Application to Proceed *In Forma Pauperis* and Complaint  (Doc. #2) be dismissed with prejudice for failure to adequately amend the Complaint by February 16, 2009.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Leavitt's Report and Recommendation should be Affirmed.

/ / /

1

2

3

**IT IS THEREFORE ORDERED that** Plaintiff's Application to Proceed *In Forma Pauperis* and Complaint (Doc. #2) is hereby DISMISSED with prejudice for failure to state a cognizable claim.

4

5

DATED: December 28, 2009.

6

7

8

_____
PHILIP M. PRO
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26